1054

[No. 69943-1-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-8-02046-1, J. Wesley Saint Clair, J., entered January 10, 2013. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Lau, J.

[No. 70018-9-I.   Division One.   March 10, 2014.]

OWL TRANSFER BUILDING LLP, *Respondent*, v. WAH LOUIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-19605-6, Jim Rogers, J., entered February 6, 2013. *Reversed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Lau, J.

[No. 70238-6-I.   Division One.   March 10, 2014.]

*In the Matter of the Detention of* M.T.

M.T., *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 13-6-00734-1, James D. Cayce, J., entered March 27, 2013. *Affirmed* by unpublished per curiam opinion.

[No. 70293-9-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RAFAEL CONTRERAS GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 13-1-00035-3, Ira Uhrig, J., entered April 9, 2013. *Remanded with instructions* by unpublished per curiam opinion.